# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS,<br><br>    Plaintiff,<br><br> v.<br><br>S. HERNANDEZ, et al.,<br><br>    Defendants. | 1:16-cv-00595-AWI-GSA-PC<br><br>**ORDER GRANTING PARTIES STIPULATED REQUEST FOR THIRTY-DAY EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS (ECF No. 17.)**<br><br>**THIRTY-DAY DEADLINE** |

Based on the parties' stipulation (ECF No. 17) and good cause appearing, the parties' request for a thirty-day extension of time to file the dispositional documents, under Local Rule 160, is GRANTED.

The parties shall file the dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

 Dated: __**June 1, 2017**__        __**/s/ Gary S. Austin**__
                  UNITED STATES MAGISTRATE JUDGE